UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )    BK No.:   14-29106
Nikita-Amber M Stinnette            )
                                    )
                                    )    Chapter:  13
                                    )
                                    )    Honorable Jacqueline Cox
                                    )
         Debtor(s)                  )

## ORDER ALLOWING COMPENSATION FOR REPRESENTATION
## OF CHAPTER 13 DEBTOR
### (For cases filed on or after 10/17/05)

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 0.00 | for legal services through confirmation of the plan. |
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 0.00 | for legal services after confirmation of the plan. |
| $ | 372.00 | for reimbursable expenses. |
| $ | 4,372.00 | **total fees and reimbursement allowed.** |
| $ - | 350.00 | less payment received from debtor prior to date of application. |
| $ | 4,022.00 | **balance allowed under this order.** |

Enter:    *Jacqueline P. Cox*
          *J. Cox*

Dated:  NOV -3 2014

United States Bankruptcy Judge

**Fees Payable to:**
Robert J Semrad & Associates
20 S Clark, 28th Floor
Chicago, IL 60603
312-913-0625

Form Order 23b                                                      Rev: comp13post 20130103